## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Bose Corporation

                          Plaintiff,

v.                                          Case No.: 1:17−cv−06463

                                          Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 9/13/2017. Motion for leave to file [7] under seal is granted. Motion for TRO [12] is granted. Motion [17] for electronic service is granted. Status hearing set for 9/27/2017 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.